UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| BILLY JEROD MITCHELL | CRIMINAL ACTION 01-20054-01 |
|---|---|
| VERSUS | JUDGE HAIK |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record, including the Objections filed, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that the Motion to Vacate filed pursuant to 28 USC section 2255 is **DISMISSED WITH PREJUDICE** as petitioner's claims are barred by the one-year limitation period codified at 28 USC section 2255(f).

**THUS DONE** and **SIGNED** on this **20th day of March, 2013.**

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA