U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

APR 2 3 2013

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

UNITED STATES OF AMERICA          CRIMINAL CASE NO. 2:01CR20054-01

VERSUS                            JUDGE HAIK

BILLY JEROD MITCHELL              MAGISTRATE JUDGE HANNA

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

X   The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___   The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right.

Signed at _Lafayette_, Louisiana, this _23rd_ day of _April_, 2013.


Richard T. Haik, Sr.
UNITED STATES DISTRICT JUDGE